# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHELLE BRAUN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

        Petitioner

v.

WAL-MART STORES, INC., A DELAWARE CORPORATION, AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC.,

        Respondents

------------------------------------------------------

DOLORES HUMMEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

        Petitioner

v.

WAL-MART STORES, INC., A DELAWARE CORPORATION, AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC.,

        Respondents

MICHELLE BRAUN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

No. 327 EAL 2018

Petition for Allowance of Appeal from the Order of the Superior Court

No. 328 EAL 2018

|  |  |  |
|---|---|---|
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., A DELAWARE CORPORATION AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC., | : | |
| | : | |
| Respondents | : | |
| | : | |
| ----------------------------------------------------- ---------------------------- DOLORES HUMMEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., A DELAWARE CORPORATION, AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC., | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 27th day of December, 2018, the Petition for Allowance of Appeal

is **DENIED**.